IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATHANIEL SILVA and PHIL ROTHKUGEL, on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 3:23-cv-01695-MPS |
| v. | : : | |
| SCHMIDT BAKING DISTRIBUTION, LLC and SCHMIDT BAKING COMPANY, INC., | : : : : | |
| Defendants. | : : : | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO FILE CONSOLIDATED RESPONSE TO BRIEFS OF AMICI CURIAE**

Plaintiffs respectfully oppose Defendants' request to file a second brief regarding Plaintiffs' 28 U.S.C. Section 1292 Motion in response to amicus briefs that were served (and accepted by the Court) sufficiently in advance of Defendants' June 17, 2024 deadline to respond to Plaintiffs' motion. *See* Dkts. 36, 37. Plaintiffs would have consented to a motion for extra time for Defendants to file their opposition had they made such a request *prior* to filing their opposition brief, but Defendants chose not to do so. Now, Plaintiffs oppose Defendants effort to obtain the last word on the underlying motion by filing a second brief, after Plaintiffs file their reply brief.[1] Plaintiffs contend that parties served with amicus briefs typically respond to arguments made in those briefs as part of their response to an opening brief or motion.

---

[1] Plaintiffs will be replying to Defendants' opposition on July 1, 2024, in according with the Local Rules.

1

**Dated:** June 21, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Zachary L. Rubin*
　　　　　　　　　　　　　　　　　　　　Zachary Rubin, ct30192

　　　　　　　　　　　　　　　　　　　　SEPPINNI LAW, PLLC
　　　　　　　　　　　　　　　　　　　　40 Broad St., 7th Fl.
　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　212-859-5085s
　　　　　　　　　　　　　　　　　　　　zach@seppinnilaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I caused this pleading to be filed via the Court's ECF system, which served all counsel of record by email.

　　　　　　　　　　　　　　　　　　　　*/s/ Zachary L. Rubin*
　　　　　　　　　　　　　　　　　　　　Zachary L. Rubin