# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand twenty-four.

_____

Nathaniel Silva, on behalf of themselves and all others similarly situated, Phil Rothkugel, on behalf of themselves and all others similarly situated,

        Plaintiffs - Appellants,

  v.

Schmidt Baking Distribution, LLC, Schmidt Baking Company, Inc.,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 24-2103

    IT IS HEREBY ORDERED that this appeal is held in abeyance pending the Court's decision on the petition for leave to appeal docketed under 24-2201.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/29/2024